1  BILAL A. ESSAYLI
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
   Chief, Civil Division
3  CEDINA M. KIM
   Assistant United States Attorney
4  Senior Trial Attorney
   MICHAEL MARRIOTT, CSBN 280890
5  Special Assistant United States Attorney
   Office of the General Counsel
6        Social Security Administration
         6401 Security Boulevard
7        Baltimore, Maryland 21235
         Telephone: (510) 970-4836
8        E-Mail: Michael.Marriott@ssa.gov
   Attorneys for Defendant
9

JS-6

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13  ANNA M. DARLING,                    )
                                        )   Case No. 2:25-cv-05606-AS
14                                      )
         Plaintiff,                     )
15                                      )   [PROPOSED]
                                        )   JUDGMENT OF REMAND
16       v.                             )
                                        )
17  FRANK BISIGNANO,                    )
18  Commissioner of Social Security,    )
                                        )
19                                      )
         Defendant.                     )
20  _____)

21       The Court having approved the parties' Stipulation to Voluntary Remand

22  Pursuant to Sentence Six of 42 U.S.C. § 405(g) and to Entry of Judgment

23  ("Stipulation to Remand") lodged concurrently with the lodging of the within

24  Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

25  **DECREED** that the above-captioned action is remanded to the Commissioner of

26  Social Security for further proceedings consistent with the Stipulation to Remand.

27

28  DATED: August 15, 2025        _____/ s / Sagar_____
                                  HON. ALKA SAGAR
                                  UNITED STATES MAGISTRATE JUDGE